UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff(s),**      CASE NUMBER: 03-81083
                HONORABLE VICTORIA A. ROBERTS

**v.**

**D-1 JEREMY MACFARLANE,**
**D-2 MARTIN HERMIZ,**
**D-3 PETER GIRGIS,**
**D-4 MOMTAZ TAWFIK,**
**D-5 HANSEE SESI**

    **Defendant(s).**
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

On November 22, 2006, Magistrate Judge Paul Komives submitted Report and Recommendations **[Doc. 52 & 53]** recommending that the Court deny Defendant Peter Girgis' Motion to Dismiss Count I: Conspiracy **[Doc. 37]** and that it deny Defendant Hansee Sesi's Motion to Dismiss **[Doc. 34]**.

Because the Court has not received objections from any party within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court will adopt the Magistrate Judge's Report and Recommendations. The Court, therefore, DENIES Defendants Girgis and Sesi's respective motions.

**IT IS SO ORDERED.**

                S/Victoria A. Roberts
                Victoria A. Roberts
                United States District Judge

Dated: December 14, 2006

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on December 14, 2006.

S/Carol A. Pinegar
Deputy Clerk